FLORENCE CAFFERTY, Respondent, *v.* SOUTHERN TIER
PUBLISHING COMPANY, Appellant.

(Submitted April 7, 1919; decided April 15, 1919.)

MOTION to amend remittitur. (See 226 N. Y. 87.)

Motion granted and remittitur amended so as to read as follows: " Judgments reversed and judgment ordered overruling defendant's demurrer, with costs."